IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LEE INGRAM and PRUDENCE       :
INGRAM,                       :
                              :
          Plaintiffs,         :
                              :        CIVIL ACTION NO.
vs.                           :
                              :        1:12-CV-3053-CC
CITIMORTGAGE, INC., REAL      :
PROPERTY MANAGEMENT, N.E.,    :
FEDERAL HOME LOAN             :
MORTGAGE CORP., a/k/a Freddie :
Mac,                          :
                              :
          Defendants.         :

## ORDER

This matter is before the Court on the Final Report and Recommendation [Doc. No. 16] issued by Magistrate Judge Janet F. King on June 18, 2013, recommending that Defendants' Motion to Dismiss Amended Complaint [Doc. No. 11] be granted, that Counts I-VI of the Amended Complaint [Doc. No. 10] be dismissed with prejudice, and that Counts VII and VIII be dismissed as moot as to all Defendants. The record reflects that Plaintiffs Lee and Prudence Ingram ("Plaintiffs") filed their Objection to Magistrate Judge's Report and Recommendation [Doc. No. 18] on July 2, 2013. Defendants CitiMortgage, Inc. and Federal Home Loan Mortgage Corp. (collectively referred to herein as "Defendants") filed Defendants' Response to Plaintiffs' Objection to the Magistrate Judge's Report and Recommendation [Doc .No. 19] on July 19, 2013.

Having carefully scrutinized Plaintiffs' Amended Complaint and conducted a de novo review of those portions of the Final Report and Recommendation to which Plaintiffs object, the Court finds that Plaintiff's objections are without merit and that the Final Report and Recommendation is correct both in fact and in law. For the reasons set forth in the comprehensive and well-reasoned Final Report and

Recommendation, as well as those set forth in Defendants' Response to Plaintiffs' Objection to the Magistrate Judge's Report and Recommendation, the Court **ADOPTS** the Final Report and Recommendation as the decision of this Court. Accordingly, the Court **GRANTS** Defendants' Motion to Dismiss Amended Complaint [Doc. No. 16], **DISMISSES with prejudice** Counts I-VI of the Amended Complaint [Doc. No. 10], **DISMISSES as moot** Counts VII and VIII of the Amended Complaint as to all defendants.

SO ORDERED this <u>26th</u> day of <u>August</u>, 2013.

<u>s/  CLARENCE COOPER</u>

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE