# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 06, 2013

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number:  13-14448-CC
Case Style:  Lee Ingram v. CitiMortgage, Inc., et al
District Court Docket No:  1:12-cv-03053-CC

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

All pending motions are now rendered moot in light of the attached order.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 13-14448-CC

_____

LEE INGRAM,
PRUDENCE INGRAM,

                           Plaintiffs - Appellants,

versus

CITIMORTGAGE, INC.,
REAL PROPERTY MANAGEMENT, N.E.,
FEDERAL HOME LOAN MORTGAGE CORP.,
also known as Freddie Mac,

                           Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellants failed to file a Civil Appeal Statement form within the time fixed by the rules, effective November 06, 2013.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

By:  Joe Caruso, Deputy Clerk

                                                      FOR THE COURT - BY DIRECTION